UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEVEN MULLER, ET AL | CIVIL ACTION |
| VERSUS | NO. 06-9500 |
| LARRY LANDRY & ASSOCIATES, ETC., ET AL | SECTION "C" (1) |

ORDER AND REASONS

IT IS ORDERED that the plaintiffs' motion to remand is GRANTED. (Rec. Doc. 64). No opposition has been filed. In addition, the only remaining claim is both separate and independent and one over which the Court lacks subject matter jurisdiction given the lack of diversity under 28 U.S.C. § 1441(c) and 28 U.S.C. § 1447(c).

New Orleans, Louisiana, this 2nd day of March, 2009.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

1